IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | 1:05CV273 |
| | ) | |
| 1999 STARCRAFT CAMPER TRAILER, | ) | |
| VIN # 1SABS02R8X1UR3942, | ) | |
| | ) | |
| Defendant | ) | |

JUDGMENT

For the reasons stated in a Memorandum Opinion filed contemporaneously, it is ORDERED that Janice Knight's Verified Claim to the 1999 Starcraft Camper Trailer, VIN # 1SABS02R8X1UR3942 [Doc. #5] is DISMISSED.

This the day of October 10, 2006

                                                                              /s/ N. Carlton Tilley, Jr.
                                                         United States District Judge